

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00055-CV

ROY NEAL SHELLING, JR., Appellant

V.

CHARLES A. THOMAS, ET AL., Appellees

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 11C1073-202

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Roy Neal Shelling, Jr., has filed a request to withdraw his notice of appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, his motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

The appeal is dismissed.

Josh R. Morriss, III
Chief Justice

Date Submitted:     June 20, 2013
Date Decided:       June 21, 2013